UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

TONY HOPSON,

    Plaintiff,                          CASE NO.: 5:17-CV-00411-JMH

-vs-                                      JOSEPH M. HOOD
                                            ROBERT E. WIER

BLUESTEM BRANDS, INC.,
d/b/a FINGERHUT

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Tony Hopson, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                                     /s/Amy Ferrera, Esquire
                                                                     Amy Ferrera, Esquire
                                                                     Florida Bar #: 15313
                                                                     *Admitted Pro Hac Vice*
                                                                     **MORGAN & MORGAN, TAMPA, P.A.**
                                                                     One Tampa City Center
                                                                     201 N. Franklin Street, 7th Floor
                                                                     Tampa, FL 33602
                                                                     Tele: (813) 577-4738
                                                                      Fax: (813) 559-4846
                                                                     amferrera@forthepeople.com
                                                                     amoore2@forthepeople.com
                                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Emily L. Startsman 250 West Main Street, Suite 2300 Lexington KY 40507-1758.

/s/Amy Ferrera, Esquire
Amy Ferrera, Esquire
Florida Bar #: 15313
*Admitted Pro Hac Vice*