UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

TONY HOPSON,                        )
                                    )
        Plaintiff,                  )       Civil No. 5:17-411-JMH
                                    )
V.                                  )
                                    )
BLUESTEM BRANDS, INC., d/b/a        )              **ORDER**
FINGERHUT,                          )
                                    )
        Defendant.                  )
                                    )
                                    )


\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having filed a proposed Agreed Order of Dismissal [DE 23] and the Court being adequately advised, **IT IS ORDERED**:

(1)  That all claims against Bluestem Brands, Inc., are **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and

(2)  That the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 21st day of June, 2018.



Signed By:

_Joseph M. Hood_

Senior U.S. District Judge

1